B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cardinal EMS Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4723820** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1424 N Main Street**<br>**Benton, IL**<br>ZIP Code **62812-1900** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Franklin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                      Page 2

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):** Cardinal EMS Ltd.

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

■ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
    Signature of Attorney for Debtor(s)        (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cardinal EMS Ltd.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X  **/s/ Douglas A. Antonik**
Signature of Attorney for Debtor(s)

  **Douglas A. Antonik 06190629**
Printed Name of Attorney for Debtor(s)

  **Antonik Law Offices**
Firm Name

  **Post Office Box 594**
  **Mt. Vernon, IL 62864**

_____
Address

          **Email: antoniklaw@sbcglobal.net**
  **618-244-5739  Fax: 618-244-9633**
Telephone Number

  **January  7, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Virginia Sutton**
Signature of Authorized Individual

  **Virginia Sutton**
Printed Name of Authorized Individual

  **President**
Title of Authorized Individual

  **January  7, 2011**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Illinois

In re   **Cardinal EMS Ltd.**                                           Case No.
                              Debtor(s)                                 Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A and W Plumbing<br>11 Alliance Ave<br>Murphysboro, IL 62966 | A and W Plumbing<br>11 Alliance Ave<br>Murphysboro, IL 62966 | | | 2,375.00 |
| All Points Capital<br>PO Box 3071<br>Hicksville, NY 11820 | All Points Capital<br>PO Box 3071<br>Hicksville, NY 11820 | | | 3,920.66 |
| Bound Tree Medical<br>2144 Reliable Parkway<br>Chicago, IL 60686-0021 | Bound Tree Medical<br>2144 Reliable Parkway<br>Chicago, IL 60686-0021 | | | 7,192.15 |
| Epic Life Insurance<br>PO Box 7903<br>Madison, WI 53707 | Epic Life Insurance<br>PO Box 7903<br>Madison, WI 53707 | | | 9,116.29 |
| First Insurance Funding Corp<br>PO Box 66468<br>Chicago, IL 60666-0468 | First Insurance Funding Corp<br>PO Box 66468<br>Chicago, IL 60666-0468 | | | 6,998.13 |
| Foremost Promotions<br>1270 Glen Avenue<br>Moorestown, NJ 08057 | Foremost Promotions<br>1270 Glen Avenue<br>Moorestown, NJ 08057 | | | 2,508.84 |
| Greg Weeks<br>PO Box 520<br>Benton, IL 62812 | Greg Weeks<br>PO Box 520<br>Benton, IL 62812 | | | 11,250.00 |
| Health Alliance Medical Plans<br>1677 Reliable Okwy<br>Chicago, IL 60686-0016 | Health Alliance Medical Plans<br>1677 Reliable Okwy<br>Chicago, IL 60686-0016 | | | 15,729.00 |
| iFleet<br>PO Box 70997<br>Charlotte, NC 28272-0997 | iFleet<br>PO Box 70997<br>Charlotte, NC 28272-0997 | | | 15,154.00 |
| IL Department of Employment Securit<br>33 South State Street<br>Chicago, IL 60603 | IL Department of Employment Securit<br>33 South State Street<br>Chicago, IL 60603 | | | 34,207.78 |
| Illinois Department of Revenue<br>BK Unit Level 7 245<br>100 Randolph Street<br>Chicago, IL 60601 | Illinois Department of Revenue<br>BK Unit Level 7 245<br>100 Randolph Street<br>Chicago, IL 60601 | | | 124,083.51 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Cardinal EMS Ltd.**                                        Case No.
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **InfuSystem**<br>878 N Jan Mar Ct<br>Olathe, KS 66061 | InfuSystem<br>878 N Jan Mar Ct<br>Olathe, KS 66061 | | | 4,400.88 |
| **Internal Reveunue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Reveunue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | 1,073,868.75 |
| **Joe Rowland**<br>6864 State Hwy 148<br>Mulkeytown, IL 62826 | Joe Rowland<br>6864 State Hwy 148<br>Mulkeytown, IL 62826 | | | 3,000.00 |
| **Market Financial Group**<br>240 Commerce Dr<br>Crystal Lake, IL 60014 | Market Financial Group<br>240 Commerce Dr<br>Crystal Lake, IL 60014 | | | 5,000.00 |
| **Med Media**<br>MS 113 3601 Grayson Road<br>Harrisburg, PA 17111 | Med Media<br>MS 113 3601 Grayson Road<br>Harrisburg, PA 17111 | | | 2,249.00 |
| **RMS**<br>PO Box 280431<br>East Hartford, CT 06108 | RMS<br>PO Box 280431<br>East Hartford, CT 06108 | | | 110,714.00 |
| **Verizon Wireless**<br>PO Box 25502<br>Lehigh Valley, PA 18002-5505 | Verizon Wireless<br>PO Box 25502<br>Lehigh Valley, PA 18002-5505 | | | 3,144.81 |
| **Willis Computing Specialists Inc**<br>609 Bellerieve<br>Champaign, IL 61822-7354 | Willis Computing Specialists Inc<br>609 Bellerieve<br>Champaign, IL 61822-7354 | | | 2,776.65 |
| **Zurich**<br>8712 Innovation Way<br>Chicago, IL 60682-0087 | Zurich<br>8712 Innovation Way<br>Chicago, IL 60682-0087 | | | 6,193.24 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 7, 2011**                          Signature  **/s/ Virginia Sutton**
                                                             **Virginia Sutton**
                                                             **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                18 U.S.C. §§  152 and 3571.

A 1 Quality Glass
1112 E Main St
Olney, IL 62450

A and W Plumbing
11 Alliance Ave
Murphysboro, IL 62966

Abbotts Towing
PO Box 173
Benton, IL 62812

Advantage Funding
1111 Marcus Ave  M27
Lake Success, NY 11042

Airgas Mid America
PO Box 802615
Chicago, IL 60680-2615

All Points Capital
PO Box 3071
Hicksville, NY 11820

Ameren CIPS WF
PO Box 66875
Saint Louis, MO 63166-6875

Ameren IL Benton
PO Box 66875
Saint Louis, MO 63166-6875

Ameren IL Christopher
PO Box 66875
Saint Louis, MO 63166-6875

Aramark Uniform Service
PO Box 329
Evansville, IN 47702-0329

Astro Lease
200 Motor Parkway  Suite D21
Hauppauge, NY 11788

```
Bento Water Department
PO Box 614
Benton, IL 62812


Bills Safety
17966 Biehl Road
West Frankfort, IL 62896


Bound Tree Medical
2144 Reliable Parkway
Chicago, IL 60686-0021


Buck Miller Tire
1500 N Park Ave
Herrin, IL 62948


Campbell Fire and Safety
PO Box 655
Mount Vernon, IL 62864


Charles Rowland
6829 Dry Rd
Mulkeytown, IL 62865


Christopher Water
208 N Thomas
Christopher, IL 62822


Clintech Corporation
PO Box 578
Herrin, IL 62948


Energy Water Department
PO Box 40
Energy, IL 62933-0040


Epic Life Insurance
PO Box 7903
Madison, WI 53707


F W Plumbing and Heating Inc
PO Box 1297
Benton, IL 62812
```

```
Fed Ex
PO Box 94515
Palatine, IL 60094-4515


First Insurance Funding Corp
PO Box 66468
Chicago, IL 60666-0468


Foremost Promotions
1270 Glen Avenue
Moorestown, NJ 08057


Fronties
PO Box 2951
Phoenix, AZ 85062-2951


Gimmie A Break
23900 N Heritage Lane
Texico, IL 62889


Good Samaritan Hospital
605 North 12 St
Mount Vernon, IL 62864


Greg Weeks
PO Box 520
Benton, IL 62812


Health Alliance Medical Plans
1677 Reliable Okwy
Chicago, IL 60686-0016


Heartland Office Supply
111 Lawrence St
Benton, IL 62812


iFleet
PO Box 70997
Charlotte, NC 28272-0997


IL Department of Employment Securit
33 South State Street
Chicago, IL 60603
```

Illinois Department of Revenue
BK Unit Level 7 245
100 Randolph Street
Chicago, IL 60601


InfuSystem
878 N Jan Mar Ct
Olathe, KS 66061


Internal Reveune Service
PO Box 7346
Philadelphia, PA 19101-7346


Jamerson
1510 N Main St
Benton, IL 62812


Jeff Sutton
2149 Shady Rest Rd
Monticello, IL 61856


Joe Rowland
6864 State Hwy 148
Mulkeytown, IL 62826


Life Star Rescue
1171 Production Dr
Van Wert, OH 45891


Market Financial Group
240 Commerce Dr
Crystal Lake, IL 60014


Med Media
MS 113 3601 Grayson Road
Harrisburg, PA 17111


Memorial Hospital of Carbondale
405 West Jackson
Carbondale, IL 62901


Novacom
100 S 13th St
Herrin, IL 62948

O Reilly Auto Parts
PO Box 790098
Benton, IL 62812


Paynes Mowing Service
13273 Ewing Road
Whittington, IL 62897


PSS
1671 E Kansas City Road
Olathe, KS 66061-5847


Purchase Power
PO Box 856042
Louisville, KY 40285-6042


Republic Services
PO Box 9001099
Louisville, KY 40290-1099


RMS
PO Box 280431
East Hartford, CT 06108


Roy Walker Communications
441 Church Camp Road
Makanda, IL 62958


Scranton Corp
PO Box 93038
Chicago, IL 60673-3038


Southern Illinois Uniforms
PO Box 156
Herrin, IL 62948


Staples Credit Plan
PO Box 689020
Des Moines, IA 50368-9020


Stericycle
28161 N Keith Dr
Lake Forest, IL 60045

Tabor Pest Services
1251 Route 14 West
Benton, IL 62812


TCF Equipment Lease
PO Box 77077
Minneapolis, MN 55480-7777


TCF Psych Advantage
Lockbox 771922 1922 Solutions Cente
Chicago, IL


Ted Williams
12 Louis Wides Drive
Murphysboro, IL 62966


Town and Country True Value
1522 N Main St
Benton, IL 62812


TriTech
PO Box 276
Decorah, IA 52101


University of IL Credit Union
PO Box 500
Champaign, IL 61824


Verizon Wireless
PO Box 25502
Lehigh Valley, PA 18002-5505


W Frankfort Water Dept
110 N Jefferson St
West Frankfort, IL 62896-2216


Williams A C and Hearing Inc
22 Murdale Gardens Rd
Murphysboro, IL 62966


Willis Computing Specialists Inc
609 Bellerieve
Champaign, IL 61822-7354

```
Zurich
8712 Innovation Way
Chicago, IL 60682-0087
```